# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| VINNY TROIA, *individually and on behalf of all others similarly situated*, | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Case No. 4:19-CV-01647-RLW<br>)<br>) |
| TINDER, INC., MATCH GROUP, LLC, MATCH GROUP, INC., *and* DOES 1 through 10, | )<br>)<br>)<br>) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO DISMISS, OR ALTERNATIVELY STAY, AND TO COMPEL INDIVIDUAL ARBITRATION

Defendants, by and through their attorneys, hereby move this Court pursuant to Section 4 of the Federal Arbitration Act ("FAA"), 9 U.S.C. § 4, and pursuant to Fed. R. Civ. P. 12(b)(6), for an order dismissing Plaintiff's Complaint, or alternatively staying this action, and compelling individual arbitration of the proceedings Plaintiff has instituted against Defendants.  In support of their motion, Defendants incorporate their Memorandum of Law and the Declaration of Joseph Ciesla, filed contemporaneously herewith.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that this Court find that Plaintiff's claims are subject to binding individual arbitration, compel individual arbitration of all of Plaintiff's claims, dismiss this lawsuit, and grant Defendants such other and further relief as this Court deems appropriate under the circumstances at bar.

        Respectfully submitted,

        HUSCH BLACKWELL LLP

        By:  */s/ Glennon P. Fogarty*
        Glennon P. Fogarty, #42983MO
        Jason Husgen, #66761MO
        190 Carondelet Plaza, Suite 600
        St. Louis, MO 63105
        314.480.1500
        314.480.1505 (fax)
        *glennon.fogarty@huschblackwell.com*
        *jason.husgen@huschblackwell.com*

        ***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on this 10th day of July, 2019, the foregoing was filed electronically with the Clerk of the Court via the Court's CM/ECF filing system, which sent notification of such filing to:

Daniel F. Harvath
Harvath Law Group, LLC
75 W. Lockwood, Suite 1
St. Louis, MO 63119
dharvath@harvathlawgroup.com

*Attorney for Plaintiff*

          /s/  Glennon P. Fogarty