## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| **VINNY TROIA,** *individually and on behalf of all others similarly situated,* | ) ) ) ) | |
| **Plaintiffs,** | ) ) ) | Case No. 19-CV-01647-RLW |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| **TINDER, INC., MATCH GROUP, LLC, MATCH GROUP, INC.,** *and* **DOES 1 through 10,** | ) ) ) ) | |
| **Defendants.** | ) | |

### NOTICE OF APPEAL

Notice is hereby given that Plaintiff hereby appeals to the United States Court of Appeals for the Eighth Circuit from the February 10, 2020 Memorandum and Order [Dkt. 24] together with all rulings, findings, and determinations embodied in that order. This appeal is timely under Federal Rule of Appellate Procedure 4(a)(1)(A) because it is filed within 30 days of the February 10, 2020 Memorandum and Order.

Respectfully submitted,

**DANIEL F. HARVATH, ESQ.**

By: /s/ *Daniel F. Harvath*
Daniel F. Harvath, #57599MO
**HARVATH LAW GROUP, LLC**
75 W. Lockwood, Suite #1
Webster Groves, MO 63119
(314) 550-3717
dharvath@harvathlawgroup.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      The Undersigned hereby certifies that the preceding document was automatically served upon all parties of record via the Court's electronic filing system.

                                                          /s/ Daniel F. Harvath